IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

SERAFIN MONTES CALDERON

DEBTOR(S)

CASE NUM.: 10-07956 BKT

CHAPTER 13 (ASSET CASE)

## CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

**COMES(S)** now Debtor(s) represented by the undersigned counsel and respectfully allege(s) and pray(s) as follows:

1. The undersigned attorney hereby certificates that has notified all creditors and persons with interest as per master address list of the Chapter 13, **dated 09/17/2010**.

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of this service.

In San Juan, Puerto Rico, this 20 day of September, 2010.

**I HEREBY CERTIFY**: That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee **José R. Carrión, Esq.**, US Trustee **Monsita Lecaroz Arribas** and to all those who in this case have registered for receipt of notice by electronic mail and I hereby certify that I have mailed by regular mail to all creditors listed on the attached Master Address List.

**RESPECTFULLY SUBMITTED.**

**/S/MARILYN VALDES ORTEGA**
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O.Box 195596
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail: valdeslaw@prtc.net

United States Bankruptcy Court
District of Puerto Rico

IN RE: **MONTES CALDERON, SERAFIN & MATTOS ESTRADA, GLADYS E.**
Debtor(s)

Case No. **10-07956-13**
Chapter **13**

# CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____
☐ PRE ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: **9/17/2010**
Filed by: ☑ Debtor ☐ Trustee ☐ Other

## I. PAYMENT PLAN SCHEDULE

$ **410.00** x **24** = $ **9,840.00**
$ **485.00** x **36** = $ **17,460.00**
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___

TOTAL: $ **27,300.00**

Additional Payments:
$ ___ to be paid as a LUMP SUM within ___ with proceeds to come from:
☐ Sale of Property identified as follows:
___
___
☐ Other:
___
___

Periodic Payments to be made other than, and in addition to the above:
$ ___ x ___ = $ ___

PROPOSED BASE: $ **27,300.00**

## III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,900.00**

Signed: /s/ **SERAFIN MONTES CALDERON**
Debtor

/s/ **GLADYS E. MATTOS ESTRADA**
Joint Debtor

## II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ ___
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **BPPR** Cr. ___ Cr. ___
# **XXXXXXX4405** # ___ # ___
$ **2,784.00** $ ___ $ ___
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **BBVA** Cr. ___ Cr. ___
# **XXXXXX7287** # ___ # ___
$ **7,935.48** $ ___ $ ___
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. ___ Cr. ___ Cr. ___
# ___ # ___ # ___
$ ___ $ ___ $ ___
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
**Coop. A/C Roosevelt**
5. ☐ Other:

6. ☑ Debtor otherwise maintains regular payments directly to:
**BPPR**

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☑ Classifies ☐ Does not Classify Claims.
1. (a) Class A: ☑ Co-debtor Claims / ☐ Other: ___
☑ Paid 100% / ☐ Other: ___
Cr. **Coop. A/C Roosevelt** Cr. ___ Cr. ___
# **XXXXX6528** # ___ # ___
$ **7,766.18** $ ___ $ ___
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
**See Continuation Sheet**

Attorney for Debtor **Marilyn Valdes Ortega Law Offices** Phone: **(787) 758-4400**

CHAPTER 13 PAYMENT PLAN

IN RE MONTES CALDERON, SERAFIN & MATTOS ESTRADA, GLADYS E.    Case No. 10-07956-13
Debtor(s)

# CHAPTER 13 PAYMENT PLAN
## Continuation Sheet - Page 1 of 1

TRUSTEE TO PAY ATORNEY'S FEES BEFORE ANY SECURED OR PRIORITY CREDITOR 11 USC 330.

FAILURE TO TIMELY OBJECT TO THIS PLAN CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT UNDER 11 USC 1325(a)(5).

a. ABOVE MEDIAN/60 MO. COMMITMENT PERIOD; UNSECURED POOL = $0.00;

b. Adequate Protection payments to BBVA at the rate of $79.00 until confirmation;

c. Insurance Coverage for Collateral held by BBVA to be provided through Eastern America Insurance Co., upon maturity of contract due on September 14, 2012, in the aproximate amount of $400.00 dollars.

d. Trustee to make disbursements to BBVA ahead of any other CREDITORS to minimize costs of insurance.

e. Tax refunds will be devoted each year as periodic payments to fund the plan until the plan's completion. The tender of such payments shall deem the plan modified by such amount, increasing the base thereby without need of further notice, hearing or Court order. If need be for the use of debtor of a portion of such refund, debtor

MONTES CALDERON, SERAFIN
URB. STA. MARIA
CALLE #2  C-14
CEIBA, PR  00735


MATTOS ESTRADA, GLADYS E.
URB. STA. MARIA
CALLE #2  C-14
CEIBA, PR  00735


Marilyn Valdes Ortega Law Offices
PO BOX 19596
SAN JUAN, PR  00919-5596


BBVA
PO BOX 364745
SAN JUAN, PR  00936-4745


BPPR
P.O. BOX 71375
SAN JUAN, PR  00936-7077


Coop. A/C Roosevelt Roads
P.O. BOX 426
CEIBA, PR  00735


Coop. A/C Roosevelt Roads
P.O. Box 426
Ceiba, PR  00735